COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN THE MATTER | § | No. 08-15-00053-CV |
| | § | |
| OF T.J.H.G., | § | Appeal from the |
| | § | |
| A JUVENILE | § | 409th District Court |
| | § | |
| | § | of El Paso County, Texas |
| | § | |
| | § | (TC# 11,00359) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Appellant's motion to withdraw his appeal and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.